IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

**JUAN GUILLERMO VASQUEZ**,

    Plaintiff,

**DENVER POLICE OFFICER CHARLES PORTER, INDIVIDUALLY, FOUR UNNAMED DENVER POLICE OFFICERS, INDIVIDUALLY AND SEVERALLY, DENVER POLICE DEPARTMENT AND CITY AND COUNTY OF DENVER**.

    Defendants.

## NOTICE OF REMOVAL

Defendants Denver Police Department and the City and County of Denver, (collectively "Denver") by and through their attorney, Thomas G. Bigler, Assistant City Attorney, Defendant Charles Porter, individually, by and through his attorney, Miles L. Buckingham, Kennedy, Childs & Fogg, P.C., and pursuant to 28 U.S.C., §§ 1331, 1441 and 1446, submit this Notice of Removal.

**AS GROUNDS THEREFOR**, Defendants state as follows:

1.    Plaintiff commenced this action in the District Court, City and County of Denver, State of Colorado, Case No. 2008-CV-4116, on May 15, 2008. The represented Defendants, City and County of Denver and Denver Police Department, were served with the Summons and Complaint on May 16, 2008. The represented Defendant, Charles Porter, has not been served. The Plaintiff's Complaint sets forth 42 U.S.C. § 1983 claims arising under the Fourth, Fifth, and Eighth Amendments to the United States Constitution. *See*, Plaintiff's Complaint for Damages For Use of Excessive Force, attached as **Exhibit A.**

2. This Notice of Removal is filed within thirty days after service of the Complaint and Jury Demand on Denver Defendants, and thus is timely filed pursuant to 28 U.S.C. 1446(b).

3. As a result of the assertion of claims for violations of Plaintiff's civil rights pursuant to the Fourth, Fifth, and Eighth Amendments to the United States Constitution, 42 U.S.C. §§ 1983, Plaintiff has presented federal questions over which this Court has jurisdiction pursuant to 28 U.S.C. § 1331. As such, this action may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1443.

4. As required pursuant to 28 U.S.C. § 1446(a) and D.C.COLO.LCivR 81.2, copies of the following pleadings and documents that have been filed with the Denver District Court are attached:

**Exhibit A**    Complaint for Damages For Use of Excessive Force

**Exhibit B**    Delay Reduction Order

**Exhibit C**    Summons

**Exhibit D**    Notice of Filing Notice of Removal

**Exhibit E**    District Court Civil (CV) Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint

**Exhibit F**    Denver District Court Register of Actions

5. The following Orders have been issued by the Denver District Court: Delay Reduction Order issued May 19, 2008, (attached hereto as **Exhibit B**). There are no hearings set in state court and no pending Motions. There is a scheduled Court review set for August 14, 2008 at 8:00 a.m. (See Denver District Court Register of Actions attached as **Exhibit F.**)

6.      Pursuant to 28 U.S.C. § 1446(5)(d), the state court and the adverse party were notified and provided a copy of this Notice of Filing Notice of Removal, attached hereto as **Exhibit D.**)

7.      All Defendants are in agreement that this case should be removed.

**WHEREFORE**, Defendants respectfully request removal of the instant action now pending in the District Court, City and County of Denver, State of Colorado (Case No. 08-CV-4116) to the United States District Court of the District of Colorado and that this Court make and enter such further orders as may be necessary and proper.

Respectfully submitted this 5th day of June, 2008.

THOMAS G. BIGLER
Assistant City Attorney


By: s/Thomas G. Bigler
     Thomas G. Bigler
Office of the City Attorney, Litigation Section
201 W. Colfax Avenue, Dept. 1108
Denver, CO 80202-5332
Telephone:  (720) 865-8751
Facsimile:   (720) 913-3182
E-mail:  dlefiling.litigation@denvergov.org
Attorney for Denver Defendants

By: s/Miles L. Buckingham, Esq.
     Miles L. Buckingham
Kennedy Childs & Fogg, P.C.
1050 17th St., Ste. 2500
Denver, CO. 80265-2080
Telephone: (303) 825-2700
Facsimile: (303) 825-0434
E-mail: mbuckingham@kcfpc.com
Attorney for Charles Porter

## CERTIFICATE OF SERVICE (CM/ECF)

I certify that on this 5th day of June, 2008, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addressee:

Douglas Romero, Esq.
Law Office of Doug Romero, LLC
200 South Sheridan Blvd., Suite 150
Denver, CO  80226
Doug@ColoradoChristianDefenseCounsel.com


                                                s/Kelly O'Dea
                                                Office of the City Attorney