IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01196-MSK-MJW

JUAN GUILLERMO VASQUEZ,

Plaintiff(s),

v.

DENVER POLICE OFFICER CHARLES PORTER, *et al.*,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Plaintiffs' Counsel's Motion for Leave of Court to File Plaintiff's First Amended Complaint (docket no. 9) is DENIED WITHOUT PREJUDICE. Plaintiffs have failed to comply with D.C.COLO.LCivR 7.1 A and have also failed to file the proposed First Amended Complaint along with the subject motion (docket no. 9).

It is FURTHER ORDERED that the Stipulation of Plaintiff and Defendant Charles Porter for Additional Time to Respond to Plaintiff's Complaint, (docket no. 7), filed with the Court on June 24, 2008, is GRANTED up to and including July 15, 2008.

Date: June 25, 2008