IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01196-MSK-MJW

JUAN GUILLERMO VASQUEZ,

Plaintiff(s),

v.

DENVER POLICE OFFICER CHARLES PORTER, *et al.*,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Joint Motion to Vacate and Reset Scheduling/ Planning Conference, (DN 17), filed with the Court on July 8, 2008, is GRANTED. The Scheduling Conference set on August 15, 2008, at 9:00 a.m., is VACATED and RESET on August 22, 2008, at 3:00 p.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The Scheduling Order shall be submitted to the court on or before August 20, 2008.

    It is FURTHER ORDERED that should the parties settle this matter at the scheduled mediation on August 14, 2008, they shall <u>forthwith</u> file a written status report to the court in order to vacate the scheduling conference.

    It is FURTHER ORDERED that the Unopposed Motion for Leave of Court to File Plaintiffs' First Amended Complaint, (DN 14), filed with the Court on July 7, 2008, is GRANTED and the Plaintiffs' Amended Complaint, (DN 16), is deemed to be filed as of the date of this Minute Order.

Date: July 10, 2008