**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-01196-PAB-MJW

**VERONICA GONZALEZ,** as guardian of
**JUAN GUILLERMO VASQUEZ**, a minor

    Plaintiff,

**DENVER POLICE OFFICER CHARLES PORTER, INDIVIDUALLY, FOUR UNNAMED DENVER POLICE OFFICERS, INDIVIDUALLY AND SEVERALLY, DENVER POLICE DEPARTMENT AND CITY AND COUNTY OF DENVER**.

    Defendants.

---

**ORDER**

---

    THIS MATTER having come before the Court on the parties' Stipulated Dismissal With Prejudice made and entered by the parties and the Court having reviewed the same and being duly advised in the premises hereby FINDS AND ORDERS, AS FOLLOWS:

    1.    The parties have resolved and settled all of the issues raised by the Amended Complaint and the Stipulated Dismissal With Prejudice is GRANTED.

    2.    The Court having found that the Stipulation resolves and settles all of the issues raised by the Amended Complaint hereby orders that the Amended Complaint against all Defendants is DISMISSED WITH PREJUDICE.

    3.    The parties shall each be responsible for paying their own costs, including attorney's fees, incurred in prosecuting and defending this case.

    DATED this ___ day of _____, 2008.

                                              BY THE COURT:

                                              _____
                                              United States District Judge