IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01196-PAB-MJW

VERONICA GONZALEZ, as guardian of
JUAN GUILLERMO VASQUEZ a minor,

    Plaintiff,

v.

DENVER POLICE OFFICER CHARLES PORTER, individually,
FOUR UNNAMED DENVER POLICE OFFICERS, individually and severally,
DENVER POLICE DEPARTMENT, and
CITY AND COUNTY OF DENVER,

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court upon the parties' Stipulated Motion for Dismissal. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the parties' Stipulated Motion to Dismiss with Prejudice (Docket No. 30) is GRANTED. It is further

**ORDERED** that this matter, and all claims asserted therein, is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear his/her/its own attorneys' fees and costs.

    DATED November _24_, 2008.

                              BY THE COURT:

                              PHILIP A. BRIMMER
                              United States District Judge