IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01196-PAB-MJW

JUAN GUILLERMO VASQUEZ,

    Plaintiff,

v.

CHARLES PORTER, Denver Police Officer, individually,
FOUR UNNAMED DENVER POLICE OFFICERS, individually and severally,
DENVER POLICE DEPARTMENT, and
CITY AND COUNTY OF DENVER,

    Defendants.

---

**ORDER**

---

    This matter is before the court on the defendants' Joint Notice of Potential Conflict [Docket No. 29].

    In order to avoid an appearance of a conflict, the Court has taken the following measures to screen Ms. Shapiro from any involvement in this matter:

    The email system by which notices of electronic filing are transmitted to Chambers has been programmed so that notices of filings in this case are diverted from the Chambers email box which Ms. Shapiro monitors. Those notifications are instead received in the email box of my Courtroom Deputy, Kathy Preuitt-Parks, who handles the routing of the notices or any other action necessary.

    DATED this 12th day of December, 2008.

                                                BY THE COURT:

                                                PHILIP A. BRIMMER
                                                United States District Judge

```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX015150
Cashier ID: sq
Transaction Date: 12/15/2008
Payer Name: COLORADO DEPT OF CORRECTIONS
------------------------------------
WRIT OF HABEAS CORPUS
 For: RAFAEL LAZCANO
 Amount:       $5.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 08979826185
 Amt Tendered:  $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

08-CV-2720


A fee of $45.00 will be assessed on
any returned check.
```